# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY DEAN COBLE, ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | CRIMINAL ACTION: 1:15-00285-KD-B |
| ) | CIVIL ACTION: 1:17-00307-KD-B |
| UNITED STATES OF AMERICA, ) | |
|     Respondent. ) | |

## ORDER

This matter is before the Court on Petitioner Jeffrey Dean Coble's (Coble's) motion for a ruling on the merits. (Docs. 92). Specifically, Coble "moves this…Court for a ruling on the merits of his 2255 petition." (Doc. 92 at 2).

The Court entered an order and judgment denying Coble's motion to vacate December 20, 2019 (Docs. 90, 91). Therefore, it is **ORDERED** that Coble's motion (Doc. 92) is **MOOT.**

The Clerk is **DIRECTED** to mail a copy of this order and copies of the December 20, 2019 Order and Judgment (Docs. 90, 91) to Coble to his address of record:

    Jeffrey Dean Coble
    14950-003
    L.S.C.I.
    Federal Correctional Institution
    P.O. Box 999
    Butner, NC 27509

**DONE** and **ORDERED** this the **10th** day of **January 2020**.

                      /s/ Kristi K. DuBose
                      **KRISTI K. DuBOSE**
                      **CHIEF UNITED STATES DISTRICT JUDGE**